IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SUN COCHRAN and ROBERT COCHRAN, Husband and Wife,<br><br>Plaintiff,<br><br>-vs-<br><br>GK DEVELOPMENT, INC; GK HOLIDAY VILLAGE, LLC; and DOES 1-10,<br><br>Defendants. | Cause No. CV 21-00111-BMM-JTJ<br><br>**ORDER** |

The Parties have filed a Joint Motion to Dismiss with Prejudice. For good cause appearing, it is hereby ORDERED that the above-captioned matter is dismissed with prejudice, with each party being responsible for their own fees and costs.

Dated this 15th day of December, 2022.

_/s/ Brian Morris_____
Brian Morris, Chief District Judge
United States District Court